UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-01141-MAA                                    Date: May 29, 2026

Title    Pat Suarez v. Elizabeth Guzman, et al.

Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**          **Order to Show Cause Regarding Failure to Prosecute**

On February 4, 2026, Plaintiff Pat Suarez ("Plaintiff") filed the instant Complaint against Defendants Elizabeth Guzman, South Los Angeles Mortuary, Incorporated, and Does 1 through 10 (each, a "Defendant" and collectively, "Defendants").  (ECF No. 1.)  On February 26 and March 19, 2026, Plaintiff filed proofs of service indicating that Defendants Elizabeth Guzman and South Los Angeles Mortuary, Incorporated had been served with the Complaint on, respectively, February 24 and March 2, 2026. (ECF Nos. 8, 9.)  On March 30, 2026, at Plaintiff's request (ECF No. 10), default was entered against Elizabeth Guzman (ECF No. 11).  On April 3, 2026, again at Plaintiff's request (ECF No. 12), default was entered against South Los Angeles Mortuary, Incorporated (ECF No. 13).  However, as of the date of this order, the docket reflects no further action by Plaintiff against either Defendant.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **14 days from the date of entry of this Order to Show Cause**, why this action should not be dismissed for lack of prosecution.  The Court will discharge the Order to Show Cause upon the filing of an Application for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b) by Plaintiff.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  **Failure to respond to the Order to Show Cause will result in the dismissal of this action.**

It is so ordered.